Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DIMALANTA,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC.<br><br>               Defendant. | Case No.: 5:18-cv-01506-TJH (KKx)<br>*Judge: Terry J. Hatter, Jr.*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |

      Having reviewed the Stipulation of the Parties and finding good cause therein, the Court hereby GRANTS the Parties' stipulated request and hereby ORDERS that this action, Case No. 5:18-cv-1506-TJH (KKx), is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

      **IT IS SO ORDERED**.

Dated: March 28, 2019

_____
The Hon. Terry J. Hatter, Jr.
United States District Judge

-1-
ORDER
Case No. 18-cv-1506-TJH (KKx)